# **<u>EXHIBIT A</u>**

**Akorn Holding Company LLC et al**
**Bankruptcy Case No. 23-10253**
**Exhibit A**

| Transferor | Transferee | Transfer Date | Transfer Type | Transfer Amount |
|---|---|---|---|---|
| Akorn Operating Company, LLC | Iron Mountain | 11/30/2022 | Wire | $ 10,480.47 |
| Akorn Operating Company, LLC | Iron Mountain | 11/30/2022 | Wire | $ 4,873.40 |
| Akorn Operating Company, LLC | Iron Mountain | 12/9/2022 | Wire | $ 20,364.07 |
| Akorn Operating Company, LLC | Iron Mountain | 12/9/2022 | Wire | $ 4,775.95 |
| | | | | $ 40,493.89 |